UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

I.M. et al.,

                Plaintiffs

    -v-

United States of America, et al.,

                Defendants

16-cv-7608

ORDER

The parties have made a joint request for an extension of time to file the joint pretrial order, which was due on Monday, January 6, 2020. Their request is hereby **GRANTED** and the joint pretrial order is now due **Wednesday, January 22, 2020**.

**THUS DONE AND SIGNED** this 6th day of January, 2020.

                                            DONALD E. WALTER
                                        UNITED STATES DISTRICT JUDGE