UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

I.M. et al.,

        Plaintiffs

-v-

United States of America, et al.,

        Defendants

16-cv-7608

ORDER

A pretrial conference in the above captioned matter is hereby set for **Wednesday, February 5, 2020, at 3:00 p.m.** in Manhattan, Courtroom 15A.

THUS DONE AND SIGNED, this 29th day of January, 2020.

                                                DONALD E. WALTER
                                      UNITED STATES DISTRICT JUDGE