UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

I.M. et al.,

            Plaintiffs

-v-

United States of America, et al.,

           Defendants

16-cv-7608

## ORDER

Plaintiffs' counsel has failed to provide Defendants with the appropriate trial authorizations and releases for the following information as previously agreed: (1) the infant's school records since completing Early Intervention in 2017-2018, including the names of schools attended; (2) the infant's current and correct Pediatric, Gastroenterology, Neurology, and therapy records from 2017 to the present date.

Plaintiffs' counsel is hereby ordered to provide trial authorizations and releases for these records as well as any copies of such records in his possession by **12:00 p.m (noon) EST, Tuesday, March 3, 2020**, or face sanctions from the Court up to and including dismissal of the case with prejudice.

**THUS DONE AND SIGNED**, this 2nd of March, 2020.

                                              */s/ Donald E. Walter*
                                             DONALD E. WALTER
                                        UNITED STATES DISTRICT JUDGE