```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
I.M., an infant by her Mother and Natural Guardian,              :
Danielle Hartmann, and DANIELLE HARTMANN                         :
                                                                 :
                        Plaintiffs,                              :          16-cv-07608 (LJL)
                                                                 :
         -v-                                                     :          ORDER
                                                                 :
M.D. LYNNE DISCOSTANZO, et al.,                                  :
                                                                 :
                        Defendants.                              :
                                                                 X
---------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2020

LEWIS J. LIMAN, United States District Judge:

This case has been reassigned to me for all purposes. It is hereby:

ORDERED that the parties shall appear for a pretrial conference on Thursday, March 5, 2020 at 2:00 p.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: March 2, 2020
New York, New York

_____
LEWIS J. LIMAN
United States District Judge