```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
I.M., an infant by her Mother and Natural Guardian,              :
Danielle Hartmann, and DANIELLE HARTMANN                         :
                                                                 :
                              Plaintiffs,                        :      16-cv-07608 (LJL)
                                                                 :
            -v-                                                  :      ORDER
                                                                 :
M.D. LYNNE DISCOSTANZO, et al.,                                  :
                                                                 :
                              Defendants.                        :
                                                                 X
---------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2020

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of the parties' various filings. It is hereby ORDERED that the parties make the following filings on ECF:

1) By 5:00 p.m. on March 4, 2020, Plaintiff is ordered to file on ECF a) any objections to the proposed Jury Charge and Jury Interrogatories submitted to Judge Walter's chambers by Defendant on February 28, 2020, and b) any proposed revisions or additions to those instructions in light of subsequent developments. Defendant may respond to Plaintiff's objections, revisions, or additions by 12:00 p.m. on March 5, 2020.

2) By 12:00 p.m. on March 5, 2020, the parties shall jointly submit the short description of the case to be read to the Jury required by my Individual Practices. The parties submitted a statement of the case in their proposed JPTO. (Dkt. No. 179.) If they jointly elect to have that statement read to the Jury, they may so indicate on the letter to be submitted by March 5, 2020 at 12:00 p.m.

3) By 12:00 p.m. on March 5, 2020, the parties shall jointly submit a final list, drawn from the lists included with the JPTO (Dkt. No. 179) of the witness each side intends to present at trial beginning next week and the exhibits each side intends to offer, noting objections by the other side.

The Court will discuss the motion for sanctions as well as the trial procedure at the conference on March 5, 2020.

SO ORDERED.

Dated: March 3, 2020
New York, New York

_____
LEWIS J. LIMAN
United States District Judge