```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

I.M., an infant by her Mother and Natural Guardian,
Danielle Hartmann, and DANIELLE HARTMANN

                              Plaintiffs,           16-cv-07608 (LJL)

           -v-                                  ORDER

M.D. LYNNE DISCOSTANZO, et al.,

                              Defendants.

-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court is in receipt of Defendants' letter filed on ECF this afternoon (Dkt. No. 199). After consideration of that letter, it is ORDERED that defendant is relieved of the joint-pretrial filings detailed in the March, 4, 2020 Court order at Dkt. No. 195. Plaintiff shall still comply with the requirements of that order.

       The Court is prepared to hold a hearing addressing Plaintiffs' claim (see Dkt. Nos. 192, 194) to have complied with the March 2, 2020 order (Dkt. No. 188) requiring the provision of required authorizations and releases to Defendants by 12:00 on March 3, 2020. Plaintiff should be prepared to present at the conference scheduled for March 5, 2020 at 2:00 p.m. any evidence or testimony that it contends to support the contention that it provided the required authorizations and releases by the 12:00 deadline.

       SO ORDERED.

Dated: March 4, 2020
New York, New York

                                                   LEWIS J. LIMAN
                                             United States District Judge