UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
I.M., an infant by her Mother and Natural Guardian,                :
Danielle Hartmann, and DANIELLE HARTMANN                           :
                                                                   :
                         Plaintiffs,                               :     16-cv-07608 (LJL)
                                                                   :
        -v-                                                        :     ORDER
                                                                   :
M.D. LYNNE DISCOSTANZO, et al.,                                    :
                                                                   :
                         Defendants.                               :
                                                                   X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

The pretrial conference scheduled for today, April 10, 2020, at 3:00 p.m. is hereby AJOURNED *sine die*. The trial, scheduled to begin on Monday April 13, 2020 has been continued pursuant to Standing Order 20-MISC-154a.

    At a telephone conference held on March 17, 2020, Plaintiff's Counsel indicated that Plaintiff was prepared to dismiss the claims against all parties, pending approval of the settlement Plaintiff was then seeking. It is hereby ORDERED that no later than April 17, 2020, the parties shall file a joint letter informing the Court of the status of claims against any remaining defendants.

    SO ORDERED.

Dated: April 10, 2020
New York, New York

                                                    LEWIS J. LIMAN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2020