UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

I.M., An Infant by her Mother and
and Natural Guardian, DANIELLE HARTMANN,
and, DANIELLE HARTMANN, Individually,

                        Plaintiffs,

-against-

LYNNE DiCOSTANZO, M.D., UNITED STATES OF
AMERICA, ORANGE REGIONAL MEDICAL
CENTER, NILA SINGARAVELU, M.D., RAJA
SENGUTTUVAN, M.D., AMANDA HINES, N.P.,
KIRANKUMAR KANTAL KOTHARI, M.D., NORTH
AMERICAN PARTNERS IN ANESTHESIA, L.L.P.,
ALICE BACH BAST, R.N., NATALIE JOUVE, M.D.,
NICOLE BLAIR, M.D., and, BELINDA RUBINO, N.P.,

                        Defendants.
-----------------------------------------------------------------X

Docket No.: 16-cv-07608

**STIPULATION OF DISCONTINUANCE**

C O U N S E L O R S:

**IT IS HEREBY STIPULATED** by and between counsel that this action is discontinued as to defendants, KIRANKUMAR KOTHARI, M.D. and NORTH AMERICAN PARTNERS IN ANESTHESIA, LLP.

Therefore, it is ordered by the Court that this action is discontinued with prejudice and without costs.

Dated: May ____ , 2020

_____
Jordan Merson
Counsel for Plaintiff

_____
Bruce M. Brady
Counsel for Defendants
KIRANKUMAR KOTHARI, M.D. and
NORTH AMERICAN PARTNERS IN
ANESTHESIA, LLP

_____
Lewis J. Liman
U.S. DISTRICT JUDGE

SO-ORDERED:

The Clerk of Court is respectfully directed to close the case.

SO ORDERED. 5/18/2020